# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

August 21, 2020

The Honorable Judge Margo K. Brodie
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: 1:20-cv-02205-MKB-RER – Group One Ltd. v. GTE GmbH et al.
Motion to Dismiss – Joint Proposed Briefing Schedule

Dear Judge Brodie:

Pursuant to the Court's August 15, 2020 Order, the parties have conferred and jointly propose that Plaintiff's response to Defendants' Motion to Dismiss be due by September 9, 2020 and Defendants' reply be due by September 23, 2020.

Respectfully submitted,

/s/ Karl Geercken

Karl Geercken

*Attorney for Defendants*

KG:nm

Alston & Bird LLP                                                                                                    www.alston.com

One Atlantic Center, 1201 West Peachtree Street | Atlanta, GA 30309-3424 | 404-881-7000 | Fax: 404-881-7777
Hanwei Plaza, West Wing, Suite 21B2, No. 7 Guanghua Road, Chaoyang District | Beijing 100004, China | +86-10-85927500 | Fax: +86-10-85927575
Level 20 Bastion Tower, 5 Place du Champs de Mars | B-1050 Brussels, BE | +32 2 550 3700 | Fax: +32 2 550 3719
Bank of America Plaza, 101 South Tryon Street, Suite 4000 | Charlotte, NC 28280-4000 | 704-444-1000 | Fax: 704-444-1111
Chase Tower, 2200 Ross Avenue, Suite 2300 | Dallas, TX 75201 | 214-922-3400 | Fax: 214-922-3899
5th Floor, Octagon Point, St. Paul's, 5 Cheapside | London, EC2V 6AA, United Kingdom | +44.0.20.3823.2225
333 South Hope Street, 16th Floor | Los Angeles, CA 90071-1410 | 213-576-1000 | Fax: 213-576-1100
90 Park Avenue | New York, NY 10016 | 212-210-9400 | Fax: 212-210-9444
555 Fayetteville St, Suite 600 | Raleigh, NC 27601 | 919-862-2200 | Fax: 919-862-2260
560 Mission St., Suite 2100 | San Francisco, CA 94105 | 415-243-1000 | Fax: 415-243-1001
1950 University Avenue, 5th Floor | East Palo Alto, CA 94303 | 650-838-2000 | Fax: 650-838-2001
The Atlantic Building, 950 F Street, NW | Washington, DC 20004-1404 | 202-239-3300 | Fax: 202-239-3333