# JDTechLaw LLC

**SEPTEMBER 6, 2022**

<u>*via ECF*</u>

Chief Judge Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Group One Ltd. v. GTE GmbH and Ralf Weigel, No. 1:20-cv-02205 (EDNY)
       Request for Status on Requests for Injunctive Relief

Dear Judge Brodie,

Group One respectfully requests the status of Group One's pending requests for injunctive relief to stop the ongoing infringement of its patents during the remaining days of the 2022 U.S. Open. Those requests include a TRO,[1] a preliminary injunction,[2] and a permanent injunction.

Group One further requests that within or accompanying the injunction, the Court include language requiring that any person in temporary possession of GTE GmbH's Trinity® equipment that forms the basis for GTE GmbH and Ralf Weigel's confirmed status as infringers under 35 U.S.C. § 271(a), (b), and (c) immediately cease using that equipment.

Group One is available to coordinate with USTA regarding the installation of a replacement net system—which can be done in five minutes on a court-by-court basis—to ensure that there is no disruption whatsoever to any U.S. Open matches.

Sincerely,

*[signature]*

Joshua A. Davis

---

[1] On August 11, 2022, Group One filed a motion for a TRO (Dkt. 97), which Magistrate Judge Cho recommended that the Court grant in an R&R dated August 26 (Dkt. 104). On August 29, Group One, as the only party with standing to do so, filed a statement of non-objection to that R&R (Dkt. 105) as well as a motion for immediate adoption of the R&R and issuance of the TRO (Dkt. 106).

[2] The Court deferred a ruling on Group One's previous request for a preliminary injunction until the Court ruled on the motion for default judgment. See Minute Entry (Sept. 9, 2021).