Joshua A. Davis (Joshua@JDTechLaw.com)
JDTechLaw LLC
68 Jay Street, Suite 201
Brooklyn, NY 11201
(718) 218-3780
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GROUP ONE LTD.<br><br>                        Plaintiff,<br><br>      v.<br><br>GTE GmbH and RALF WEIGEL,<br><br>                       Defendants. | 1:20-cv-02205-MKB-JRC |

## NOTICE OF PLAINTIFF GROUP ONE'S
## MOTION TO MODIFY PERMANENT INJUNCTION

PLEASE TAKE NOTICE that based upon the accompanying Memorandum of Law, the Declaration of Joshua A. Davis, and all of the other relevant papers and pleadings on file with the Court in this matter, Plaintiff Group One Ltd., by and through its attorneys, will move this Court on a date to be determined, before The Honorable Margo K. Brodie, United States District Judge, at the United States Courthouse at 225 Cadman Plaza East, Courtroom 6F, Brooklyn, NY 11201, for an order granting a modification of the permanent injunction (Dkt. 116) and granting such other and further relief as this Court may deem just and proper. The grounds for this motion are set forth in Group One's Memorandum of Law, submitted herewith.

March 14, 2023											Respectfully submitted,

_____
Joshua A. Davis
JDTechLaw LLC
68 Jay Street, Suite 201
Brooklyn, NY 11201
(718) 218-3780 (office)
*Joshua@JDTechLaw.com*